```
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| LAWRENCE CARDOZA,<br><br>    Plaintiff,<br><br>  vs.<br><br>M. TANN, et al.,<br><br>    Defendants. | 1:11-cv-01386-GSA-PC<br><br>ORDER DENYING REQUEST FOR FORM AND COPY OF COMPLAINT, AND GRANTING REQUEST FOR COPY OF LOCAL RULES<br>(Doc. 12.)<br><br>ORDER DIRECTING FOR CLERK TO SEND PLAINTIFF COPY OF LOCAL RULES PERTAINING TO PRISONER CASES |

Lawrence Cardoza ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 17, 2011. (Doc. 1.) On November 2, 2011, Plaintiff made requests to the Clerk for (1) a form for requesting appointment of counsel, (2) a copy of the Local Rules, and (3) a copy of his complaint. (Doc. 12.)

With regard to Plaintiff's first request, the Court does not supply or require a particular form for a Motion for Appointment of Counsel. Therefore, this request shall be denied.

With regard to Plaintiff's second request, the Local Rules are available on the Court's website and should be available to Plaintiff in the prison's law library. Nonetheless, the Court shall direct the Clerk to provide Plaintiff with a copy of the Local Rules which pertain to prisoner cases such as Plaintiff's. Therefore, this request shall be granted.

1

With regard to Plaintiff's third request, Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. Plaintiff's Complaint was received and filed by the Court on August 17, 2011. The Clerk would not have returned a conformed copy of the Complaint to Plaintiff unless he submitted two copies of the Complaint and a large enough self-addressed envelope with sufficient postage to mail back a conformed copy. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge. The Complaint is eighteen pages long. To request a copy at this juncture, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk. Plaintiff is advised that in the future, he should keep a copy of any document he submits to the Court. Based on the foregoing, this request shall be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a form to request appointment of counsel is DENIED;
2. Plaintiff's request for a gratuitous copy of his Complaint is DENIED;
3. Plaintiff's request for a copy of the Local Rules is GRANTED; and
4. The Clerk is directed to send Plaintiff a copy of the Local Rules pertaining to prisoner cases.

IT IS SO ORDERED.

Dated:   **November 15, 2011**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

2