UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEPE CARDOZA<br><br>Plaintiff,<br><br>vs.<br><br>M. TANN, Associate Warden, *et al.*,<br><br>Defendants. | Case No. 1:11-cv-01386-RRB<br><br>**<u>ORDER APPOINTING COUNSEL</u>** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 9, 2013, plaintiff filed a motion for the appointment of counsel.  See Docket 26.  The court finds that the appointment of counsel is warranted; plaintiff's motion for the appointment of counsel is granted.  Lori E. Rifkin has been selected from the court's pro bono attorney panel to represent plaintiff and she has accepted the appointment.

Accordingly,

1. Lori E. Rifkin is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Lori E. Rifkin, Rifkin Law Office, P.O. Box 19169, Oakland, CA 94619.
4. Appointed counsel is hereby granted through and including **February 28, 2014,**

1

within which to serve and file an amended complaint without further leave of the Court.

Dated this 30th day of January, 2014

                                            S/ RALPH R. BEISTLINE
                                            UNITED STATES DISTRICT JUDGE