UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEPE CARDOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>M. TANN, Associate Warden, *et al.*,<br><br>    Defendants. | Case No. 1:11-cv-01386-RRB<br><br>**ORDER TERMINATING<br>APPOINTMENT OF COUNSEL** |

At the request of Plaintiff Lawrence Pepe Cardoza, this Court appointed Lori Rifkin as *pro bono* counsel.[1] Upon due consideration of the positions of Plaintiff and his appointed counsel,[2] the appointment of Lori Rifkin as counsel for Plaintiff is hereby rescinded and her services as counsel for Plaintiff are hereby **TERMINATED**.

All further pleadings and documents in this case are to be served directly upon Plaintiff Lawrence Pepe Cardoza at his last known address as reflected in the records of this Court.

**IT IS SO ORDERED** this 25th day of June, 2014.

                                        S/RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT JUDGE

---

[1]    Docket 29.

[2]    *See* Dockets 37 (sealed), 38 (sealed), 39 (sealed).