UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAWRENCE PEPE CARDOZA,

      Plaintiff,

vs.

M. TANN, *et al.*,

      Defendants.

Case No. 1:11-cv-01386-RRB

**ORDER REGARDING**
**MOTION AT DOCKET 46**

At **Docket 46** Plaintiff Lawrence Pepe Cardoza, appearing *pro se,* filed a Motion for Clarification of Screening Order. Plaintiff's motion requests clarification of the service requirement.

Service of the Summons and Complaint by the Plaintiff is only required on Defendants who have not previously been served and appeared. All Defendants, other than the five for whom service was required, have appeared in this action and were served with the Second Amended Complaint electronically by the Court. Accordingly, service of the Summons and Complaint is only required on the five previously unserved Defendants added in the Second Amended Complaint.

**IT IS SO ORDERED** this 18th day of July, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER RE MOTION AT DOCKET 46