UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEPE CARDOZA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>M. TANN, *et al.*,<br><br>　　　Defendants. | Case No. 1:11-cv-01386-RRB<br><br>**ORDER DISMISSING DEFENDANTS<br>R. PINKHAM, T. MACKEY, T. BYERS,<br>A. WYCKOFF, and M. CORTEZ** |

　　　At Docket 45 the Court entered its Screening Order Regarding Second Amended Complaint. In that Order the Court directed service of the Second Amended Complaint on certain Defendants who had not been previously served or appeared in this action, i.e., R. Pinkham, T. Mackey, T. Myers, A. Wyckoff, and M. Cortez. In that Screening Order the Court warned Plaintiff that if he did not return the Notice of Submission of Documents and the required documents by August 1, 2014, dismissal as to those Defendants would be entered without further notice. Plaintiff has neither returned the Notice of Submission of Documents and the required documents nor requested an extension of time within which to comply with the Screening Order.

　　　Accordingly, the Second Amended Complaint is **DISMISSED**, without prejudice, as to Defendants R. Pinkham, T. Mackey, T. Myers, A. Wyckoff, and M. Cortez.

　　　**IT IS SO ORDERED** this 13th day of August, 2014.

　　　　　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE