IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Cardoza

　　　　　　　Plaintiff(s)

　　　vs.

Tann et al

　　　　　　　Defendants.

No. 1:11-cv-01386-RRB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Lori Rifkin, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 30, 2014, by the Honorable Ralph Beistline, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

In-person consultations with client (initial meeting; follow-up meeting to review amended complaint; meeting following plaintiff's direct filing with court requesting removal of counsel)

Postage costs (correspondence with client; mailing client CDCR files per request)

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 415.40.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:11-cv-01386-RRB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Mileage to prison to meet with client (218 miles @ $0.56/mile) 2/13/14 | 122.08 |
|  | Mileage to prison to meet with client (218 miles @ $0.56/mile) 4/18/14 | 122.08 |
|  | Mileage to prison to meet with client (218 miles @ $0.56/mile) 5/16/14 | 122.08 |
|  | Postage costs | 49.16 |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of October, 20 14, at Oakland, California.

/s/ Lori E. Rifkin

Attorney for Plaintiff(s)

The above expenditure is ✓ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: November 19, 2014

s/ Ralph R. Beistline
United States District Judge/Magistrate Judge