UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEPE CARDOZA,<br><br>      Plaintiff,<br><br>vs.<br><br>M. TANN, *et al.*,<br><br>      Defendants. | Case No. 1:11-cv-01386-RRB<br><br>**ORDER TO SHOW CAUSE** |

The record reflects that Plaintiff has failed to either serve and file his preliminary witness list or advise the Court that he complied with the initial disclosure requirements by January 23, 2015, as ordered by the Court.[1]

On or before **April 3, 2015**, Plaintiff must show cause why this action should not be dismissed for failure to comply with the Order of the Court.

The Clerk of the Court is directed to serve a copy of this Order on Plaintiff at his last known address.

**IT IS SO ORDERED** this 13th day of March, 2015.

                        S/ RALPH R. BEISTLINE
                        UNITED STATES DISTRICT JUDGE

---

[1] Docket 68.