UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEPE CARDOZA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>M. TANN, *et al.*,<br><br>                    Defendants. | Case No. 1:11-cv-01386-RRB<br><br>**ORDER AMENDING<br>SCHEDULING and PLANNING ORDER** |

On October 15, 2014, the Court entered its Scheduling and Planning Order.[1] At the request of the parties the Court scheduled a Settlement Conference for June 4, 2015.[2] The Settlement Conference date falls after the dates set in the Scheduling and Planning Order for completing certain pre-trial matters.  Consequently, in the event that the parties are unable to settle this matter, the time within which to complete certain pre-trial certain matters would have passed.  Compelling the parties to comply with the Scheduling and Planning Order pending the settlement conference is not on the best interests of either the parties or the Court.  Accordingly, the Scheduling and Planning Order is hereby amended as follows:

**June 30, 2015**:  All discovery must be completed.

---

[1] Docket 59.

[2] Docket 81.

**July 17, 2015**:  Preliminary statement of issues and final, revised witness lists, and motions under the discovery rules must be filed.

**August 3, 2015**:  Motions in limine must be filed.

**IT IS SO ORDERED** this 1st day of April, 2015

                                        S/ RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT JUDGE