UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEPE CARDOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>M. TANN, *et al.*,<br><br>    Defendants. | Case No. 1:11-cv-01386-RRB<br><br>**DISMISSAL ORDER**<br>**[DEFENDANTS M. CORTEZ, D. JAMES,**<br>**M. JONES, L. MARQUEZ, D. PLUNKETT,**<br>**M. TANN, and A. WYCKOFF]** |

At **Docket 90** the parties filed a Stipulation to Dismiss Defendants M. Cortez, D. James, M. Jones, L. Marquez, D. Plunkett, M. Tann, and A. Wyckoff.[1] Accordingly, this matter is hereby **DISMISSED** with prejudice in its entirety as to Defendants **M. Cortez, D. James, M. Jones, L. Marquez, D. Plunkett, M. Tann, and A. Wyckoff**, each side to bear its own attorney fees and costs.

**IT IS SO ORDERED** this 28th day of May, 2015.

                                                        S/ RALPH R. BEISTLINE
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(ii).

SERVICE ORDER