UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEPE CARDOZA,<br><br>    Plaintiff,<br><br>vs.<br><br>M. TANN, *et al.*,<br><br>    Defendants. | Case No. 1:11-cv-01386-RRB<br><br>**ORDER RE: MOTION AT DOCKETS 131** |

At **Docket 131** Defendants F. Carreon, P. Paz, and R. Pinkham requested clarification as to the Order Re: Motions at Dockets 92 and 97.[1] The Court addressed the matter raised in the motion in its Order Regarding Motions at Dockets 111, 112, 113, 114, 115, and 117.[2] Accordingly, Defendants Paz, Carreon, and Pinkham's Request for Clarification as to Order Re: Motions at Dockets 92 and 97 is **DENIED** as moot.

**IT IS SO ORDERED** this 23rd day of October, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Docket 129.

[2] Docket 132.

ORDER RE DOCKET 31
*Cardoza v. Tann*, 1:11-cv-01386-RRB – 1