UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEPE CARDOZA,<br><br>    Plaintiff,<br><br>    vs.<br><br>M. TANN, et al.,<br><br>    Defendants. | 1:11-cv-01386-GSA-PC<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR RETURN OF OVERPAYMENT OF FILING FEES, WITHOUT PREJUDICE<br>(ECF No. 142.) |

    Lawrence Pepe Cardoza ("Plaintiff") is a state prisoner proceeding *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On December 4, 2015, summary judgment was entered in favor of defendants and the case was closed. (ECF No. 135.)

    On March 15, 2019, Plaintiff filed a motion for return of overpayment of his filing fees. (ECF No. 142.) Plaintiff asserts that the California Department of Corrections and Rehabilitation continues to take funds from his trust account and send them to the court, even though Plaintiff has paid all of the filing fees due. Plaintiff requests the court to reimburse him for the monies that should not have been taken from his trust account.

    The court has been informed by its financial department that Plaintiff's overpayment of filing fees was recently reimbursed. Therefore, Plaintiff's request shall be denied as moot, without prejudice.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for reimbursement of the overpayment of his filing fees, filed on March 15, 2019, is DENIED as moot, without prejudice.

IT IS SO ORDERED.

Dated: **March 22, 2019**        **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE